IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

*By James Burrell at 3:29 pm, Feb 12, 2018*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) Case No. CR412-123 |
| | ) |
| **BEVERLY GRINDE** | ) |

### O R D E R

The above captioned case filed in the Savannah Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Lisa Godbey Wood for further plenary disposition.

SO ORDERED, this __12th__ day of February, 2018.

```
_____
J. Randal Hall
Chief United States District Judge
Southern District of Georgia
```